# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

RECEIVED DEC 11 2019 PRO SE OFFICE

Anthony Casiano
(List the full name(s) of the plaintiff(s)/petitioner(s).)

19 cv 03968 cm ( )

-against-

The city of Newyork et al
(List the full name(s) of the defendant(s)/respondent(s).)

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

4/3/20 granted

MEMO ENDORSED

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on 3/24/19 (date) but did not file a notice of appeal within the required time period because:

On October 29, 2019 Collen mcmahon signed and order, his name was signed on October 29, 2019. And i was given my mail on Nov, 4, 19

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

Dated: November 30, 2019

Signature: [signed]

Name (Last, First, MI): Casiano Anthony

Address: Auburn correctional facility P.O.Box 618 State St. City: Auburn State: NY Zip Code: 13024

Telephone Number:

E-mail Address (if available):

Rev. 3/27/15

4/3/20

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: Anthony Casiano      DIN: 19A2659

♲ Printed on Recycled Paper